# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 8:24-cv-01175-DSF-DFM |
| Plaintiff, | **ORDER** |
| vs. | |
| BALBOA BAY CLUB VENTURES LLC, | |
| Defendant. | |

On Joint Motion and good cause shown,

IT IS ORDERED dismissing the above cause of action with prejudice; each party shall bear their own attorney fees, costs and expenses.

DATED this 26th day of March, 2025.

*Dale S. Fischer*
The Honorable Dale S. Fischer,
United States District Judge